No. 765. UNION TRUST COMPANY, TRUSTEE, *v.* UNITED STATES. April 25, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Frederic D. Mc-*

548

*Kenney, John S. Flannery, G. Bowdoin Craighill,* and *Caesar L. Aiello* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

